CLOSED, ECF, RELATED

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-10664-GBD
## Internal Use Only

Arch Electronics, Inc. v. LG Electronics, Inc. et al
Assigned to: Judge George B. Daniels
Related Cases: 1:07-cv-10322-GBD
                    1:07-cv-11203-GBD
Cause: 15:15 Antitrust Litigation

Date Filed: 11/29/2007
Date Terminated: 03/25/2008
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

Arch Electronics, Inc.      represented by    **Anthony J. Bolognese**
Bolognese & Associates, L.L.C.
1500 JFK Boulevard
Philadelphia, PA 19102
(215) 814-6751
Fax: (215) 814-6764
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Keith Arenson**
Kaplan Fox & Kilsheimer, L.L.P.
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980
Fax: (212) 687-7714
Email: garenson@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda P. Nussbaum**
Kaplan Fox & Kilsheimer, L.L.P.
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980
Fax: (212) 687-7714

Email: lnussbaum@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
Kaplan Fox & Kilsheimer, L.L.P.
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980
Fax: (212) 687-7714
Email: rkaplan@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua H. Grabar**
Bolognese & Associates, L.L.C.
1500 JFK Boulevard
Suite 320
Philadelphia, PA 19102
(215) 814-6751
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

LG Electronics, Inc.

**Defendant**

LP Displays International Ltd.
*formerly known as*
LG. Philips Displays

**Defendant**

Koninklijke Philips Electronics N.V.
*also known as*
Royal Philips Electronics N.V.

**Defendant**

Philips Electronics North America Corporation

**Defendant**

Matsushita Electric Industrial Co., Ltd.

Defendant

Panasonic Corporation of North America

Defendant

Samsung Electronics Co. Ltd.

Defendant

Samsung SDI Co. Ltd.
*formerly known as*
Samsung Display Device Co. Ltd

Defendant

Samsung Electronics America, Inc.

Defendant

Samsung SDI America, Inc.

Defendant

Toshiba Corporation

Defendant

Toshiba America Electronics Components, Inc.

Defendant

Toshiba America Information Systems, Inc.

Defendant

Matsushita Toshiba Picture Display Co., Ltd.

Defendant

MT Picture Display Corporation of America (New York)

Defendant

MT Picture Display Corporation of America (Ohio)

<u>Defendant</u>

Chunghwa Picture Tubes, Ltd.

<u>Defendant</u>

Tatung Company Of America, Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2007 | 1 | COMPLAINT against Samsung Electronics Co. Ltd., Samsung SDI Co. Ltd., Samsung Electronics America, Inc., Samsung SDI America, Inc., Toshiba Corporation, Toshiba America Electronics Components, Inc., Toshiba America Information Systems, Inc., Matsushita Toshiba Picture Display Co., Ltd., MT Picture Display Corporation of America (New York), MT Picture Display Corporation of America (Ohio), Chunghwa Picture Tubes, Ltd., Tatung Company Of America, Inc., LG Electronics, Inc., LP Displays International Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America. (Filing Fee $ 350.00, Receipt Number 634577)Document filed by Arch Electronics, Inc. (jar) (Entered: 11/30/2007) |
| 11/29/2007 |  | SUMMONS ISSUED as to Samsung Electronics Co. Ltd., Samsung SDI Co. Ltd., Samsung Electronics America, Inc., Samsung SDI America, Inc., Toshiba Corporation, Toshiba America Electronics Components, Inc., Toshiba America Information Systems, Inc., Matsushita Toshiba Picture Display Co., Ltd., MT Picture Display Corporation of America (New York), MT Picture Display Corporation of America (Ohio), Chunghwa Picture Tubes, Ltd., Tatung Company Of America, Inc., LG Electronics, Inc., LP Displays International Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America. (jar) (Entered: 11/30/2007) |
| 11/29/2007 |  | Magistrate Judge Kevin N. Fox is so designated. (jar) (Entered: 11/30/2007) |
| 11/29/2007 |  | Case Designated ECF. (jar) (Entered: 11/30/2007) |
| 11/29/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Arch Electronics, Inc. (jar) Modified on 11/30/2007 (jar). (mbe). (Entered: 11/30/2007) |

| 12/11/2007 | ● | CASE ACCEPTED AS RELATED. Create association to 1:07-cv-10322-GBD. Notice of Assignment to follow. (laq) (Entered: 12/14/2007) |
|---|---|---|
| 12/11/2007 | ●3 | NOTICE OF CASE REASSIGNMENT to Judge George B. Daniels. Judge Loretta A. Preska is no longer assigned to the case. (laq) (Entered: 12/14/2007) |
| 12/14/2007 | ● | Mailed notice to the attorney(s) of record. (laq) (Entered: 12/14/2007) |
| 01/02/2008 | ● | Magistrate Judge Kevin N. Fox is so designated. (jeh) (Entered: 01/09/2008) |
| 01/11/2008 | ●4 | INITIAL PRETRIAL CONFERENCE: Initial Conference set for 4/3/2008 at 09:30 AM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge George B. Daniels. (Signed by Judge George B. Daniels on 1/10/08) (pl) (Entered: 01/11/2008) |
| 03/20/2008 | ●5 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - Northern District of California. (Signed by MDL Panel on 3/20/2008) (mbe) (Entered: 04/16/2008) |
| 03/25/2008 | ● | MDL TRANSFER OUT: E-mailed certified copy of docket entries and transfer order along with letter of acknowledgment to the United States District Court - Northern District of California.. (mbe) (Entered: 04/16/2008) |

A CERTIFIED COPY
J. MICHAEL McMAHON,     CLERK

BY _____
        DEPUTY CLERK

JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCH ELECTRONICS, INC., on behalf of themselves and all others similarly situated

Plaintiff,

-v-

LG ELECTRONICS, INC., et al.

Defendant.

07 CV 10664

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

ARCH ELECTRONICS, INC           (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 11/28/2007

_____
**Signature of Attorney**

**Attorney Bar Code:** RK-3100

Form Rule7_1.pdf  SDNY Web 10/2007

**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

                                                                                                 **NOTICE OF REASSIGNMENT**

Arch Electronics, Inc.

        V.

                                                                                               07-cv-10664

LG Electronics, Inc.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is reassigned to the calendar of

## Judge       Daniels

All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                                                               J. Michael McMahon, CLERK

**Dated:**       12/11/7

                                    By:      **<u>Lourdes Aquino</u>**
                                                            Deputy Clerk

cc:  Attorneys of Record
<u>PS REASSIGNMENT FORM</u>

Data Quality Control                                                      Revised:  March 9, 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Arch Electronics
                Plaintiff(s),               07cv10664(GBD)
                                                        INITIAL PRETRIAL
       -against-                             CONFERENCE

LG Electronics, Inc. LP Displays International Ltd.
formerly known as LG. Philips Displays Koninklijke
Philips Electronics N.V. also known as Royal Philips
Electronics N.V. Philips Electronics North America Corp.
Matsushita Electric Industrial Co., Ltd. Panasonic Corp.
of North America Samsung Electronics Co. Ltd. Samsung
SDI Co. Ltd. formerly known as Samsung Display Device
Co. Ltd Samsung Electronics America, Inc. Samsung SDI
America, Inc. Toshiba Corporation Toshiba America Electronics
Components, Inc. Toshiba America Information Systems, Inc.
Matsushita Toshiba Picture Display Co., Ltd. MT Picture Display
Corporation of America (New York) MT Picture Display Corporation
of America (Ohio) Chunghwa Picture Tubes, Ltd. Tatung Company
Of America, Inc.
                Defendant(s).
-----------------------------------------------------------------------X
TO:     The Attorney(s) for Plaintiff(s):

      This case has been designated an electronic case and has been assigned to this court for all purposes. Counsel for all parties are required to promptly register as filing "USERS" in accordance with the procedure for Electronic Case Filing.

      Counsel for all parties are hereby directed to attend a conference at the time and place fixed below, for the purpose of Case Management and scheduling pursuant to Fed. R. Civ. P. 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures, and to furnish chambers with a copy of any transmittal letter(s). If you are unaware of the identity of counsel for any of the parties, you must forthwith send a copy of the notice and rules to that party personally.

      An Initial pretrial conference will be held on **Thursday, April 3, 2008 at 9:30 a.m.** at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 15D.

      No application for adjournment will be considered unless made within one week of the date of this application.

      Enclosed is a proposed Case Management Plan and Scheduling Order, pursuant to Rules 16 and 26 (f) of the Federal Rules of Civil Procedure. Counsel for all parties are directed to confer regarding the proposed plan and order. If the proposed schedule is agreeable to all parties, counsel shall sign and file the enclosed plan and order with the Court seven (7) days before the date of the initial pretrial conference. If counsel agrees that a different plan and schedule is appropriate, counsel shall sign and file a different proposed plan and schedule for the court's consideration seven (7) days before the date of the pretrial conference. In the absence of agreement, the Court, after hearing from counsel, will order a Case Management Plan and schedule at the conference. Absent extraordinary circumstances, the Plan shall provide that the case be ready for trial within six months.

      In addition to the matters covered in the Case Management Plan, counsel should also be prepared to address at the conference the factual and legal bases for their claims or defenses, any issue as to subject matter jurisdiction, and any other issue relevant to case management.

Dated: January 10, 2008
       New York, New York

                                                               SO ORDERED:

                                                               GEORGE B. DANIELS
                                                               United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Arch Electronics,

                        Plaintiff,                    07cv10664(GBD)

   -against-                                  CIVIL CASE MANAGEMENT
                                                          PLAN AND SCHEDULING ORDER

LG Electronics, Inc. LP Displays International Ltd.
formerly known as LG. Philips Displays Koninklijke
Philips Electronics N.V. also known as Royal Philips
Electronics N.V. Philips Electronics North America Corp.
Matsushita Electric Industrial Co., Ltd. Panasonic Corp.
of North America Samsung Electronics Co. Ltd.
Samsung SDI Co. Ltd. formerly known as Samsung
Display Device Co. Ltd Samsung Electronics America, Inc.
Samsung SDI America, Inc. Toshiba Corporation Toshiba
America Electronics Components, Inc. Toshiba America
Information Systems, Inc. Matsushita Toshiba Picture Display
Co., Ltd. MT Picture Display Corporation of America
(New York) MT Picture Display Corporation of America
(Ohio) Chunghwa Picture Tubes, Ltd. Tatung Company
Of America, Inc. ,
                        Defendant,
------------------------------------------------------------------X

      After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

        1.      No **additional parties** may be joined after **June 5, 2008**.

        2.      No **amendment** to the pleadings will be permitted after **June 5, 2008**.

        3.      Except for good cause shown, all **discovery** shall be commenced in time to be completed by **July 3, 2008**. The Court expects discovery to be completed within 90 days of theirst scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to completed discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

        4.      **Dispositive motions** are to served by **October 2, 2008**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5.  A final **pretrial conference** will be held on **November 6, 2008 at 9:30 a.m.**.

6.  The **Joint Pretrial Order** shall be filed no later than **October 9, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7.  **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8.  The parties shall be **ready for trial** on 48 hours notice on or after **November 13, 2008**. The estimated trial time is _____ days, and this is a (jury) (non-jury) trial.

9.  The **Next Case Management Conference** will be held on **August 7, 2008 at 9:30 a.m.**.

Dated: January 10, 2008
New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant

-2-

A CERTIFIED TRUE COPY

MAR 1 4 2008

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 3:08-cv-02024-SC   Document 1-5   Filed 04/17/2008   Page 1 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 27 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

C 07-5944 SC

(SEE ATTACHED SCHEDULE)

MDL No. 1917

**FILED**

MAR 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On February 15, 2008, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Samuel Conti.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the action previously transferred to the Northern District of California and assigned to Judge Conti.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of February 15, 2008, and, with the consent of that court, assigned to the Honorable Samuel Conti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 1 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By [signature]
Deputy Clerk
Date 03/18/08

**A CERTIFIED TRUE COPY**

MAR 14 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 27 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

U.S. DISTRICT COURT
FILED
MAR 20 2008
S.D. OF N.Y.

C 07-5944 SC

MDL No. 1917

FILED
MAR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On February 15, 2008, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Samuel Conti.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the action previously transferred to the Northern District of California and assigned to Judge Conti.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of February 15, 2008, and, with the consent of that court, assigned to the Honorable Samuel Conti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 14 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By_____
Deputy Clerk
Date 3/18/08