1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  George L. Paul (*pro hac vice*)
   gpaul@whitecase.com
3  Lucius B. Lau (*pro hac vice*)
   alau@whitecase.com
4  White & Case LLP
5  701 Thirteenth Street, N.W.
   Washington, D.C. 20005
6  Telephone: (202) 626-3600
7  Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba America, Inc.,
Toshiba America Information Systems, Inc.,
Toshiba America Consumer Products, L.L.C.,
and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC  MDL No. 1917 |
|---|---|
| This Document Relates to:  ALL ACTIONS | **NOTICE OF APPEARANCE OF GEORGE L. PAUL** |

PLEASE TAKE NOTICE that George L. Paul hereby enters his appearance *pro hac vice* in these actions on behalf of defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. Mr. Paul is admitted to practice and in good standing in the United States District Court for the District of Columbia, among other courts.

| | | |
|---|---|---|
| 1 | Dated:  May 8, 2008 | Respectfully submitted, |
| 2 | | |
| 3 | | **WHITE & CASE** LLP |
| 4 | | By: /s/ George L. Paul |
| 5 | | Christopher M. Curran (*pro hac vice*) |
| | | George L. Paul (*pro hac vice*) |
| 6 | | Lucius B. Lau (*pro hac vice*) |
| 7 | | 701 Thirteenth Street, N.W. |
| | | Washington, D.C.  20005 |
| 8 | | tel.: (202) 626-3600 |
| | | fax: (202) 639-9355 |
| 9 | | |
| 10 | | *Counsel to Defendants Toshiba America,* |
| | | *Inc., Toshiba America Information* |
| 11 | | *Systems, Inc., Toshiba America Consumer* |
| 12 | | *Products, L.L.C., and Toshiba America* |
| | | *Electronic Components, Inc.* |

(Lines 13–28 blank)

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

# CERTIFICATE OF SERVICE

*In Re: Cathode Ray Tube (CRT) Antitrust Litigation,*
**Case No. C 07-5944 SC, MDL No. 1917 (N.D. Cal.)**

    I, Ted Booth, legal assistant, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed at the law firm of White & Case LLP, 701 Thirteenth Street NW, Washington DC 20005.

    On May 8, 2008, I filed the foregoing Notice of Appearance of George L. Paul with the Clerk of the Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also certify that I mailed a true copy of the foregoing document by first-class mail to the following non-CM/ECF participants:

Patrick J. Ahern
Karen Sewell
Roxane Busey
BAKER & MCKENZIE
One Prudential Plaza
130 East Randolph Drive
Chicago IL 60601

Barry J. Bendes
Joseph E. Czerniawski
Anthony J. Viola
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
1500 JFK Boulevard
Philadelphia, PA 19102

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

NOTICE OF APPEARANCE OF GEORGE L. PAUL
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1. Issac L. Diel
   SHARP MCQUEEN
   6900 College Boulevard, Suite 285
   Overland Park, KS 66211

2. Lori A. Fanning
   Matthew E. Van Tine
   MILLER LAW LLC
   115 South LaSalle Street, Suite 2910
   Chicago, IL 60603

3. John Gressette Felder, Jr.
   MCGOWAN HOOD FELDER AND JOHNSON
   1405 Calhoun Street
   Columbia, SC 29201

4. Traviss Levine Galloway
   ZELLE HOFMANN VOELBEL MASON & GETTE
   44 Montgomery Street, Suite 3400
   San Francisco, CA 94104

5. Martin E. Grossman
   LAW OFFICES OF MARTIN E. GROSSMAN
   2121 Green Brier Drive
   Villanova, PA 19085

6. Richard M. Hagstrom
   ZELLE HOFMANN VOELBEL MASON & GETTE LLP
   500 Washington Avenue South, Suite 4000
   Minneapolis, MN 55415

7. Krishna B. Narine
   SCHIFFRIN & BARROWAY, LLP
   Three Bala Plaza East, Suite 400
   Bala Cynwood, PA 19004

8. Mark Reinhardt
   REINHARDT WENDORF & BLANCHFIELD
   East 1250 First National Bank Building
   322 Minnesota Street
   St. Paul, MN 55101

NOTICE OF APPEARANCE OF GEORGE L. PAUL
Case No. 07-5944 SC
MDL No. 1917
2

| | |
|---|---|
| 1 | Jean B. Roth |
| 2 | Lawrence P. Schaefer |
|   | Seymour J. Mansfield |
| 3 | MANSFIELD TANICK & COHEN |
|   | 1700 U.S. Bank Plaza South |
| 4 | 220 South Sixth Street |
| 5 | Minneapolis, MN 55402-4511 |
| 6 | |
|   | Roger Martin Schrimp |
| 7 | DAMRELL NELSON SCHRIMP PALLIOS PACHER & SILVA |
|   | 1601 I Street, 5th Floor |
| 8 | Modesto, CA 95354 |
| 9 | |
| 10 | Imtiaz A. Siddiqui |
|    | LOVELL STEWART HALEBIAN LLP |
| 11 | 500 Fifth Avenue |
| 12 | New York, NY 10110 |
| 13 | Donna F. Solen |
| 14 | MASON LAW FIRM |
|    | 1225 19th Street, NW, Suite 500 |
| 15 | Washington, DC 20036 |
| 16 | |
|    | John M. Taladay |
| 17 | BAKER & HOSTETLER |
|    | 1050 Connecticut Avenue NW |
| 18 | Washington, DC 20036 |
| 19 | |
| 20 | Jonathan Mark Watkins |
|    | THE FURTH FIRM LLP |
| 21 | 225 Bush Street, 15th Floor |
|    | San Francisco, CA 94104-4249 |
| 22 | |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

_____
Ted Booth

NOTICE OF APPEARANCE OF GEORGE L. PAUL
Case No. 07-5944 SC
MDL No. 1917

3